IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NOORANI TRADING INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | |
| ) | 1:17-cv-1344-LLM |
| AMIT F. BIJANI, et al, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO AMEND VERIFIED COMPLAINT TO DROP WITHOUT PREJUDICE DEFENDANTS FIROZ BIJANI AND DANNY BIJANI AND TO RENAME DEFENDANT AMIT F. BIJANI AND SUPPORTING MEMORANDUM**

Pursuant to Fed. R. Civ. P. 21, Plaintiff Noorani Trading Inc. ("Noorani" or "Plaintiff"), with the consent of Defendants, moves the Court to (i) drop Defendant Firoz Bijani who is deceased and, on information and belief, died before the events leading to this action took place, (ii) drop Defendant Danny Bijani who is not a natural person, and (iii) rename Defendant Amit F. Bijani as "Amit F. Bijani a/k/a Danny Bijani" because Amit Bijani uses and is recognized by that assumed name.

In support of its Motion, Plaintiff shows that granting the same will assist in securing the just, speedy, and inexpensive determination of this action. Based on

all of the forgoing, Plaintiff's Motion should be granted, and Plaintiff submits contemporaneously herewith a Proposed Order granting the same.

Respectfully submitted, this 12th day of July, 2017.

/s/ J. Rodgers Lunsford III
J. Rodgers Lunsford III
Georgia Bar No. 461200
rlunsford@sgrlaw.com
Elizabeth G. Borland
Georgia Bar No. 460313
egborland@sgrlaw.com
Courtney A. Thornton
Georgia Bar No. 121328
cthornton@sgrlaw.com

Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E.
Suite 3100, Promenade II
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

Attorneys for Plaintiff Noorani Trading Inc.

Consented to:

/s/ David M. Lilenfeld
David M. Lilenfeld
Georgia Bar. No. 452399
Kaitlyn Haase
Georgia Bar. No. 431935
LILENFELD PC
3379 Peachtree Road NE, Suite 980
Atlanta, Georgia 30326
(404) 201-2520 – telephone
David@lilenfeld.com
Kaitlyn@lilenfeld.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, J. Rodgers Lunsford III, hereby certify that the CONSENT MOTION TO AMEND VERIFIED COMPLAINT TO DROP WITHOUT PREJUDICE DEFENDANTS FIROZ BIJANI AND DANNY BIJANI AND TO RENAME DEFENDANT AMIT F. BIJANI AND SUPPORTING MEMORANDUM was served electronically upon the following counsel of record for Defendants:

>David M. Lilenfeld
>David@lilenfeld.com
>
>Kaitlyn Haase
>Kaitlyn@lilenfeld.com

This 12th day of July, 2017.

>*/s/ J. Rodgers Lunsford III*
>J. Rodgers Lunsford III