IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NOORANI TRADING INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | |
| ) | 1:17-cv-1344-LLM |
| AMIT F. BIJANI, et al, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED CONSENT ORDER DROPPING WITHOUT PREJUDICE DEFENDANTS FIROZ BIJANI AND DANNY BIJANI AND RENAMING DEFENDANT AMIT F. BIJANI

The within and foregoing Motion of Plaintiff to (i) drop Defendant Firoz Bijani who is deceased, (ii) drop Defendant Danny Bijani who is not a natural person, and (iii) rename Defendant Amit F. Bijani as "Amit F. Bijani a/k/a Danny Bijani" having come before the Court, upon consideration, and just cause having been shown, pursuant to Fed. R. Civ. P. 21, Defendants Firoz Bijani and Danny Bijani are hereby dropped from this action without prejudice and Defendant Amit F. Bijani is hereby renamed as "Amit F. Bijani a/k/a Danny Bijani." The Clerk is hereby directed to recast the style of this action accordingly.

SO ORDERED, this _____ day of July, 2017.

                                                                                                              _____
                                                                                                               Leigh Martin May
                                                                                                               United States District Judge

Consented to:

*/s/ J. Rodgers Lunsford III*
J. Rodgers Lunsford III
Georgia Bar No. 461200
rlunsford@sgrlaw.com
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E.
Suite 3100, Promenade II
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile:  (404) 815-3509
Attorneys for Plaintiff Noorani Trading Inc.

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar. No. 452399
Kaitlyn Haase
Georgia Bar. No. 431935
LILENFELD PC
3379 Peachtree Road NE, Suite 980
Atlanta, Georgia 30326
(404) 201-2520 – telephone
David@lilenfeld.com
Kaitlyn@lilenfeld.com
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, J. Rodgers Lunsford III, hereby certify that the PROPOSED CONSENT ORDER DROPPING WITHOUT PREJUDICE DEFENDANTS FIROZ BIJANI AND DANNY BIJANI AND RENAMING DEFENDANT AMIT F. BIJANI was served electronically upon the following counsel of record for Defendants:

>David M. Lilenfeld
>David@lilenfeld.com

>Kaitlyn Haase
>Kaitlyn@lilenfeld.com

This 12th day of July, 2017.

>*/s/ J. Rodgers Lunsford III*
>J. Rodgers Lunsford III