IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NOORANI TRADING INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> AB INTERNATIONAL, LLC, *et. al.*, ) <br> ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO <br> 1:17-CV-1344-LMM |

## CERTIFICATE OF CONSENT FOR WITHDRAWAL

Pursuant to Rule 83.1(E)(2), this Certificate of Consent for Withdrawal is filed on behalf of **David M. Lilenfeld, Kaitlyn A. Dalton** and the law firm of **Lilenfeld PC**. As of August 21, 2017, Defendants have been represented by the following, who filed a Notice of Appearance on August 28, 2017 (Dkt. 56):

Robert M. Ward, Esq.
BMW IP LAW
3455 Peachtree Road NE, 5th Floor
Atlanta, Ga 30326
rward@bmwiplaw.com

| | |
|---|---|
| /s/ Amit Bijani <br> Amit Bijani <br> On behalf of all Defendants <br><br> 9/12/17 <br> Date | /s/ Robert M. Ward <br> Robert M. Ward, Esq. <br> Attorney for Defendants <br><br> September 13, 2017 <br> Date |

Respectfully submitted this 13th day of September, 2017,

*/s/ Robert M. Ward*
Robert M. Ward
(Georgia Bar 775401)
3455 Peachtree Road NE, 5th Floor
Atlanta, GA 30326
Telephone: (404) 606-6480
rward@bmwiplaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Court's CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ RM Ward*