EXHIBIT 6

# Merolla, Todd

| | |
|---|---|
| **From:** | Robert M Ward <rward@bmwiplaw.com> |
| **Sent:** | Wednesday, January 2, 2019 8:20 PM |
| **To:** | Merolla, Todd |
| **Attachments:** | image001.png; image002.jpg |

Todd-ster

Always nice to see you — and, to observe as an older lawyer, and to appreciate, your excellent advocacy and analysis.

Not to interrupt your evening — and, especially after the extended road-trip to the Rome, GA federal court, but I may have a duty of reiterated candor to you and your client.

As you know, and unlike your Noorani clients, we do not ambush others — we discuss matters, in good faith.

So, and to advise you fully — and as I discussed with Smith Gambrell's antitrust department — **in the absence of settlement,** I will be filing an anti-trust counterclaim (or free-standing lawsuit) against Noorani and its principals.  We will be seeking the ad damnam of  $500+K trebled. Most likely, the personal defendants would include the nice ladies that we met with in Court. But, as nice as they are, they must in al god faith stand-good for the fact that they are guilty of escalating this case unreasonably to threaten the Trade. Their bad faith performance today in Court was only one such example.

Specifically, Noorani et al. have restrained trade by seeking to agree and/or collude with distributors not to deal with AB.  As you know, their antitrust violation is galaxies-far from a protected "exclusive dealership". You may want to confer with prior counsel, Smith Gambrell on this. But, no doubt, you are a very fine anti-trust lawyer, in your own right.

I am attempting to think creatively, but without prejudice to you or your client.  Forgive me, but, I went to a Catholic Law School — and wherefore, we have a mechanism under Canon Law for dispute resolution with the Church. [[See, e.g.,  1 Corinthians 6:1–8]]  Do Muslims have a similar mechanism, within the mosque?  If so, it might be advantageous to explore this possibility — inasmuch as, the parties are Muslims, and members of the same mosque.

Best wishes for a very nice evening,

Bob

