# EXHIBIT 7

# Merolla, Todd

| | |
|---|---|
| **From:** | Robert M Ward <rward@bmwiplaw.com> |
| **Sent:** | Monday, January 14, 2019 6:37 PM |
| **To:** | Merolla, Todd |
| **Subject:** | Re: Noorani Trading v. Bijani, et.al. |
| **Attachments:** | image001.png; image002.jpg |

Todd,

I note that — as new counsel in the case for Plaintiff Noorani — you have not filed an Amended Certificate of Interested Persons.

Thus, and as a professional courtesy, I would respectfully remind you that — if you have a contingency-fee interest in this case — you have an uncompromising duty to do so.

Best wishes,

Bob

++++++



Robert M. Ward
Attorney at Law
Registered Patent Lawyer

The Pinnacle Building
3455 Peachtree Road NE, 5th Floor
Atlanta, GA 30326

621 Brixton Circle
Simpsonville, SC 29681

office: (404) 606-6480
mobile: (404) 606-6480

rward@bmwiplaw.com
bmwlaw@aol.com
www.bmwiplaw.com



This message from BMW IP LAW, LLC including attachments, is intended for the exclusive use of the addressee and may contain proprietary, confidential, or privileged information.  If you are not the intended recipient, any dissemination, use, distribution, or copying is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail, permanently delete the original message, and destroy all copies.

On Nov 16, 2018, at 12:15 PM, Merolla, Todd <atm@merollagold.com> wrote:

Sounds good.

As you likely just saw, chambers reached out with dates.  I have forwarded to my client and hope to be able to confirm which works for us by day's end.

Thanks.

A. Todd Merolla
Merolla & Gold, LLP
75 14th Street, N.W., Suite 2130
Atlanta, Georgia 30309

404-888-3772 (o)
404-888-3737 (f)
atm@merollagold.com

We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used, and cannot be used, by you or any other taxpayer, for the purpose of avoiding any penalties that may be imposed by federal tax law.

WARNING: This message and any attached documents may contain CONFIDENTIAL AND PRIVILEGED information, such as an attorney-client communication, and is intended only for the original named recipient(s).  If you are not the original, intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  Please notify us by telephone (collect) and immediately forward the message back to the sender and delete it from your system.  If you are not the intended recipient and intentionally intercept or forward this message to someone else, you may be subject to criminal and/or civil penalties. See 18 U.S.C. 2511 et seq.

**From:** Robert M Ward [mailto:rward@bmwiplaw.com]
**Sent:** Thursday, November 15, 2018 6:08 PM
**To:** Merolla, Todd
**Subject:** Re: Noorani Trading v. Bijani, et.al.

Todd,

I am well.. and, you?

Please excuse my slight delay in responding, as I have been "tied-up" with an appellate brief — and, wherein I tend to focus, completely.

We have received further packaging samples (i.e., entailing the designated Pantone green shades) from the supplier. As we represented to the Magistrate Judge, we will show these to His Honor — and, specifically, in order to verify the representations as to fact made by AB at the prior session of the mediation. Please advise as to when you can be available for another mediation session.

I would recommend a time during the first week after Thanksgiving — if that proves to be available to you and to the Court.

Best wishes,

Bob

+++++++


<image001.png>


Robert M. Ward
Attorney at Law
Registered Patent Lawyer

The Pinnacle Building
3455 Peachtree Road NE, 5th Floor
Atlanta, GA 30326

621 Brixton Circle
Simpsonville, SC 29681

office: (404) 606-6480
mobile: (404) 606-6480

rward@bmwiplaw.com
bmwlaw@aol.com
www.bmwiplaw.com


<image002.jpg>


This message from BMW IP LAW, LLC including attachments, is intended for the exclusive use of the addressee and may contain proprietary, confidential, or privileged information.  If you are not the intended recipient, any dissemination, use, distribution, or copying is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail, permanently delete the original message, and destroy all copies.


On Nov 15, 2018, at 2:17 PM, Merolla, Todd <atm@merollagold.com> wrote:

3