## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

NOORANI TRADING, INC., :
:
    Plaintiff, : Civil Action No.
: 1:17-cv-01344-LMM
v. :
: **DECLARATION OF**
AMIT F. BIJANI, : **NADIA CHANGANI**
AB INTERNATIONAL, LLC, :
NAFISA BIJANI, and :
N.F. INTERNATIONAL, INC., :
:
    Defendants. :
_____ :

I, Nadia Changani, declare and state as follows:

1.    I am the President of Noorani Trading, Inc. ("Noorani").

2.    This Declaration is made in support of Plaintiff's motion for an award of attorney's fees and related non-taxable expenses. I am *sui juris* and have personal knowledge of the facts and statements made herein.

3.    I reviewed the declarations of A. Todd Merolla and Rodgers Lunsford III filed in connection with this motion and confirm that all the attorney's fees and litigation expenses identified therein were paid by Plaintiff in a timely manner. Plaintiff is current on any outstanding billing and anticipates additional amounts to be paid through the ultimate conclusion of this case.

I declare under penalty of perjury that the foregoing is true and correct.

This 20th day of March, 2023.

_____
NADIA CHANGANI